**LUCIEN A. MORIN, II**
CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com

Receipt # 7783
$4.00

December 22, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

      Re:    Alan R. & Melissa A. Smith, BK 09-23238
             Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

      Enclosed please find my Trustee's check in the amount of $4.00. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

      _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

      __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant GE Money Bank      Amount $4.00      Claims Register #7

                                         _____
                                         Lucien A. Morin II, Chapter 7 Trustee

FILED DEC 23 2010
BANKRUPTCY COURT
ROCHESTER, NY